MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARLENE AGUILAR-GILES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CARDENAS MARKETS, INC., a foreign corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-3096<br><br>**Stipulation and Order to Extend Discovery (First Request)** |

The parties stipulate to extend discovery and request an amended scheduling order.

**I.  LR 6-1 is satisfied.**

This is the parties' first request for extension. The principle purpose is due to Plaintiff's recommended future medical treatment. Cardenas requires additional time to assess the medical treatment Plaintiff recently disclosed so as to prepare for medical expert disclosures. The deadlines at issue have not yet expired.

This request is submitted within 21 days of the deadlines it seeks to extend. However the Cardenas did not receive the formal report from Plaintiff's treating physician specifically recommending future treatment until shortly after it was served on March 23. Plaintiff's disclosure was timely, but Cardenas simply requires additional time to assess it.

**II.  LR 26-4 is satisfied**

Both parties have served Rule 26(a)(1) disclosures and have responded to written discovery. No depositions have yet been taken. The remaining discovery includes depositions of witnesses and expert disclosures. This is a personal injury lawsuit and medical experts are necessary for both parties.

III. **Current and proposed schedule for completing discovery.**

| | Current Schedule | Proposed Schedule |
|---|---|---|
| **Motions to add parties and amend pleadings** | March 19, 2018 | Closed |
| **Initial expert disclosures and interim status report** | April 18, 2018 | June 18, 2018 |
| **Rebuttal expert disclosures** | May 18, 2018 | July 18, 2018 |
| **Close of Discovery** | June 18, 2018 | August 17, 2018 |
| **Dispositive motions** | July 17, 2018 | September 17, 2018 |
| **Pre-Trial Order** | August 16, 2018 | October 12, 2018 |

| | |
|---|---|
| DATED this 30th day of March, 2018.<br><br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>*/s/ Michael P. Lowry*<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101-6014<br>Tel: 702.727.1400/Fax: 702.727.1401<br>Attorneys for Cardenas Markets, Inc. | DATED this 30th day of March, 2018.<br><br>HUTCHINGS LAW GROUP, LLC<br><br>*/s/ Mark H. Hutchings*<br>Mark H. Hutchings, Esq.<br>Nevada Bar No.12783<br>552 E. Charleston Blvd.<br>Las Vegas, Nevada 89104<br>Tel: 702.660.7700/Fax: 702.552.5202<br>Attorneys Marlene Aguilar-Giles |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 2, 2018

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on March 30, 2018, I served **Stipulation and Order to Extend Discovery (First Request)** as follows:

- ☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

- ☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

Mark H. Hutchings, Esq.
HUTCHINGS LAW GROUP, LLC
552 E. Charleston Blvd.
Las Vegas, Nevada 89104
Phone: (702) 660-7700
Fax: (702) 522-5202
mhutchings@hutchingslawgroup.com
Attorneys for Plaintiff Marlene Aguilar-Giles

                                BY: */s/ Naomi E. Sudranski*
                                        An Employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP