# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARLENE AGUILAR-GILES, | Case No. 2:17-cv-03096-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| CARDENAS MARKETS, INC., | |
| Defendant. | |

Presently before the court is defendant's motion to shorten time on its pending motion for a protective order (ECF No. 25), filed on July 12, 2018. Pursuant to LR IA 6-1, the court may grant a motion to shorten time upon good cause described in an attorney or party's declaration. Based on the declaration provided by defendant's counsel, the court finds good cause exists to shorten the briefing schedule for defendant's motion for a protective order (ECF No. 24) and to set a hearing for the motion.

IT IS THEREFORE ORDERED that defendant's motion to shorten time (ECF No. 25) is GRANTED.

IT IS FURTHER ORDERED that defendant's motion for a protective order (ECF No. 24) shall be briefed on the following schedule:

    1. Deadline to file a response: July 20, 2018.

    2. Deadline to file a reply: July 24, 2018.

IT IS FURTHER ORDERED that oral argument on the motion for a protective order (ECF No. 24) is set for July 27, 2018 at 9:30 a.m., in Las Vegas Courtroom 3C, before Magistrate Judge Carl W. Hoffman.

DATED: July 13, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE