# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARLENE AGUILAR-GILES,<br><br>Plaintiff,<br><br>v.<br><br>CARDENAS MARKETS, INC.,<br><br>Defendant. | Case No. 2:17-cv-03096-APG-CWH<br><br>**ORDER** |

Presently before the court is defendant's motion to shorten time (ECF No. 36), filed on August 16, 2018. Defendant moves the court to shorten the briefing schedule on its pending motion for protective order (ECF No. 35), which concerns a subpoena served on its insurance carrier, Argonaut. (ECF No. 36.) Defendant's counsel argues that the briefing schedule should be amended so that the court may resolve the pending motion before the return date of the subpoena at issue. (*Id.*)

The court declines to shorten the briefing schedule on defendant's pending motion, and orders that the motion for protective order (ECF No. 35) be briefed in the normal course. The court will stay the subpoena at issue pending the resolution of the motion (ECF No. 35). Given that defendant's insurance carrier is not a party to this case, defendant must serve a copy of this order on Argonaut and file proof of service by August 28, 2018.

IT IS THEREFORE ORDERED that defendant's motion to shorten time (ECF No. 36) is DENIED.

IT IS FURTHER ORDERED plaintiff's subpoena to produce documents is STAYED pending the resolution of the motion for protective order (ECF No. 35).

//

//

1    IT IS FURTHER ORDERED that defendant must serve a copy of this order on Argonaut
2 and file proof of service by August 28, 2018.

4    DATED: August 21, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE