# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARLENE AGUILAR-GILES, | Case No.: 2:17-cv-03096-APG-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| CARDENAS MARKETS, INC., | |
| Defendant. | |

IT IS ORDERED that Cardenas Markets, Inc. shall deliver to my chambers a copy of the video footage of the incident on or before Friday, August 30, 2019.

DATED this 28th day of August, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE